SEABOARD AIR LINE RAILWAY COMPANY v. CITY OF MONROE AND JAMES McNEELY, CITY TAX COLLECTOR.

(Filed 7 May, 1924.)

THIS is a civil action for permanent restraining order, heard before *Shaw, J.,* at February Term, 1924, of UNION. Appeal by plaintiff.

*J. F. Milliken for plaintiff.*
*Parker & Craig for defendant.*

CLARKSON, J.   For the reasons given in the case of *J. T. Shute v. City of Monroe and James McNeely, City Tax Collector,* the judgment of the court below dissolving the restraining order against the city of Monroe and James McNeely, city tax collector, and refusing a permanent restraining order or injunction, and dismissing plaintiff's action,· was correct, and the judgment rendered in the above case is hereby
　　Affirmed.